UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 21-cr-20484
                                                  Hon. Nancy G. Edmunds

YOUSSEF BAKRI,

        Defendant.
_____/

**ORDER AMENDING CONDITIONS OF BOND**

Pursuant to the Defendant's Unopposed Motion;

IT IS HEREBY ORDERED that Defendant shall be permitted to travel to Lebanon from July 29, 2023-August 19-2023 and to Paris, France from August 19, 2023-August 22. 2023;

IT IS FURTHER ORDERED that  defendant shall provide Pretrial Services with an itinerary of his travel plans prior to his travel which shall include the flight numbers and the address where he will be residing while in Lebanon and in Paris;

IT IS FURTHER ORDERED that Defendant shall report by email as directed by Pretrial Services while in Lebanon and shall further provide Pretrial Services with a phone number where he may be contacted while in Lebanon and Paris;

IT IS FURTHER ORDERED that prior to his travel, Pretrial Services shall

provide defendant his passport and that defendant shall return his passport to pretrial services with 48 hours of his return from Lebanon.

 s/ Nancy G. Edmunds
HON. NANCY G. EDMUNDS
United States District Court Judge

Dated: June 28, 2023